| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **To:** | Gary Imblum |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Daniel Frank Weigner, Case Number: 26-02544, HWV, Ref: [p-263723579] |
| **Date:** | Friday, October 30, 2026 7:16:18 PM |
| **Attachments:** | R_P12602544ntnew3410055.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

October 30, 2026

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Daniel Frank Weigner, Case Number 26-02544, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Sylvia H. Rambo US Courthouse**
**1501 N. 6th Street**
**Harrisburg, PA 17102**

| Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center: | THE UPDATED ADDRESS IS: |
|---|---|
| Cunningham, Chernicoff & Warshawsky<br>2320 North Second Street<br>Camp Hill, PA 17011 | 2320 North Second Street<br>Harrisburg PA 17110 |

Gary J Imblum
Signature of Debtor or Debtor's Attorney

11/03/2026
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.


Document ID: 869577f2-e0be-4cab-973c-95916dd5708f